NUMBER
13-05-646-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

ANGEL ZAVALA CASTILLEJA,                                    Appellant,

 

                                           v.

 

CHERI LYNN CASTILLEJA,                                         Appellee.

___________________________________________________________________

 

                   On
appeal from the 25th District Court

                           of
Lavaca County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, ANGEL ZAVALA CASTILLEJA, perfected an appeal
from a judgment entered by the 25th District Court of Lavaca County, Texas, in cause number 03-10-19,577-CV.  After the record was filed, appellant filed a
motion to dismiss the appeal. In his motion, 
appellant states that he no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 16th
day of March, 2006.